UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

    Plaintiff,

  v.

Jose H Ruiz;
Esther Ruiz; and Does 1-10,

    Defendants.

Case: 2:13-cv-01092-WBS-AC

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: January 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Stipulation for Dismissal      Case: 2:13-cv-01092-WBS-AC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28